# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| ANDREA L. DAMERY and ) <br> MARK E. DAMERY, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ARAMARK, a Delaware corporation, ) <br> a/k/a Aramark Services, Inc., and ) <br> ARAMARK UNIFORM & CAREER ) <br> APPAREL, INC., a Delaware corporation, ) <br> a/k/a Aramark Services, Inc., and ) <br> ) <br> Defendants. ) | Case No.   09-2192 |

# REPORT AND RECOMMENDATION

Before the Court is Defendant Aramark Uniform & Career Apparel, LLC's Motion to Dismiss (#17). Plaintiffs have filed a document (#21) which the Court has construed as a response. The undersigned has carefully reviewed the written submissions and reviewed the Court file herein. The motion carefully and thoroughly describes the manner in which Plaintiffs have failed to participate in the lawsuit they initiated. As part of the consideration of the motion, the Court has examined the Verified Motion for Leave to Withdraw (#13), which the Court granted in December of 2009. In the motion, Plaintiffs' former counsel made the following statement, "The Plaintiffs continually fail to respond to correspondence and telephone message from him in this and other legal matters." (Mot. #13, ¶¶ 1.)

The Plaintiffs initiated this lawsuit. They have hauled Defendants into court. They have failed to honor the obligations imposed on them by the rules. This should not be tolerated.

Accordingly, I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that Defendant's Defendant Aramark Uniform & Career Apparel, LLC's Motion to Dismiss **(#17)** be **GRANTED** and Plaintiffs' Complaint be dismissed.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 11th day of February, 2010.

                  s/ DAVID G. BERNTHAL
                  U.S. MAGISTRATE JUDGE