E-FILED
Wednesday, 03 March, 2010 03:36:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANDREA L. DAMERY and ) <br> MARK E. DAMERY, ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> ARAMARK, a Deleware corporation, ) <br> a/k/a Aramark Services, Inc., and ) <br> ARAMARK UNIFORM AND CAREER ) <br> APPAREL, INC., a Delaware corporation, ) <br> a/k/a Aramark Services, Inc., ) <br>  ) <br> Defendants. ) | Case No. 09-CV-2192 |

## ORDER

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on February 11, 2010. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) Defendants' Motion to Dismiss (#17) is GRANTED.

(3) This case is terminated.

ENTERED this 3rd day of March, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE